# In the United States District Court for the Southern District of Georgia
## Brunswick Division

ERIC LINERT,

    Plaintiff,

v.

ROBERT WAMPLER and CINCINNATI INSURANCE COMPANY,

    Defendants.

CV 224-036

### ORDER

Before the Court are the parties' stipulations of dismissal, dkt. nos. 26, 28, wherein they notify the Court that they wish to dismiss all claims asserted in this action with prejudice. The parties having complied with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in this action are hereby **DISMISSED** with prejudice. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 3 day of March, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA